UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AIRWAIR INTERNATIONAL LTD.,

　　　　　Plaintiffs,

　　v.

STEVEN MADDEN, LTD,

　　　　　Defendants.

Case No. 17-cv-01024-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

MOTION RE: CONFLICT OF INTEREST: August 11, 2017 at 10:00 a.m.
(File: 7/7/17, Opposition: 7/21/17, Reply: 7/28/17)

FURTHER CASE MANAGEMENT: October 27, 2017 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: March 2, 2018.

DESIGNATION OF EXPERTS: 3/23/18; REBUTTAL: 4/20/18;
　　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: May 11, 2018.

DISPOSITIVE MOTIONS **SHALL** be filed by; June 8, 2018;
　　　Opp. Due: June 22, 2018; Reply Due: June 29, 2018;
　　　and set for hearing no later than July 13, 2018 at 10:00 AM.

PRETRIAL CONFERENCE DATE: August 28, 2018 at 3:30 PM.

JURY TRIAL DATE: September 10, 2018 at 8:30 AM.
　　　Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The case shall be referred to the Court's Mediation Program. The mediation session shall occur by the end of September 2017.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: 6/19/17

SUSAN ILLSTON
United States District Judge